# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RANDY DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>RICHMOND HONAN DEVELOPMENT AND ACQUISITIONS, LLC and SCOTT HONAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:24-cv-00471-TWT |

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS RICHMOND HONAN DEVELOPMENT AND ACQUISITIONS, LLC AND SCOTT HONAN

To: Clerk of U.S. District Court
Northern District of Georgia
Atlanta Division

COMES NOW Jackie R. Lee, Esq., as counsel for Plaintiff and hereby requests that the Clerk for the United States Northern District of Georgia enter default in this matter pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 55(a) against Defendants Richmond Honan Development and Acquisition, LLC ("Defendant Richmond Honan") and Scott Honan ("Defendant Honan"), on the grounds that they have failed to appear or otherwise respond to Plaintiff's Complaint

1

within the time prescribed by Federal Rule of Civil Procedure Rule 12(a). Plaintiff respectfully shows this Court as follows:

1. This case was commenced on February 1, 2024 by the filing of the Complaint. [Dkt. 1].

2. Defendant Honan was served by process server on May 11, 2024. A copy of the Affidavit of Service was filed with the Court. [Dkt. 6].

3. With respect to Defendant Richmond Honan, service could not be effected at the registered office. The Georgia Corporations Division website showed that the registered agent for Defendant Richmond Honan resigned. [Exhibit 1].

4. Since Defendant Richmond Honan failed to maintain a registered agent in Georgia, pursuant to O.C.G.A. § 14-11-209(f), undersigned counsel effected service through substituted service of process on the Georgia Secretary of State. [Exhibit 1].

5. Undersigned counsel filed copies of the Summons and Complaint with the Georgia Secretary of State on April 26, 2024. [Exhibit 1].

6. Undersigned counsel certified in writing to the Secretary of State that Defendant Richmond Honan failed either to maintain a registered office or appoint a registered agent in Georgia and that undersigned counsel forwarded by certified mail copies of the Summons and Complaint to the most recent registered office listed

on the records of the Secretary of State and that service could not be effected at such office. [Exhibit 1].

7. Copies of the Summons and Complaint were delivered by certified mail on May 3, 2024 to Defendant Richmond Honan at the most recent registered office listed in the Secretary of State's records. [Exhibit 2].

8. Neither Defendant Honan nor Defendant Richmond Honan is a minor nor an incompetent person.

9. Neither Defendant Honan nor Defendant Richmond Honan has responded, either through answer or motion, to Plaintiff's Complaint.

10. More than 21 days have passed since service of process was effected on the Defendants.

For the foregoing reasons, Plaintiff respectfully requests that the Clerk make an entry of default regarding Defendant Honan and Defendant Richmond Honan.

Respectfully submitted this 11th day of June, 2024,

                                      *s/ Jackie Lee*
                                      Jackie Lee
                                      Georgia Bar No. 419196
                                      LEE MEIER LAW FIRM
                                      695 Pylant Street N.E., Suite 105
                                      Atlanta, Georgia 30306
                                      Telephone: (404) 301-8973
                                      jlee@leemeier.law

                                      **COUNSEL FOR PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RANDY DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>RICHMOND HONAN DEVELOPMENT AND ACQUISITIONS, LLC and SCOTT HONAN,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:24-cv-00471-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, the foregoing **Plaintiff's Motion for Clerk's Entry of Default against Defendants Richmond Honan Development and Acquisitions, LLC and Scott Honan** was filed via CM/ECF which will automatically send such document to any attorneys of record.

                                                          *s/ Jackie Lee*
                                                          Jackie Lee
                                                          Georgia Bar No. 419196